BRETT L. TOLMAN, United States Attorney (#8821)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924
Email: drew.yeates@usdoj.gov

FILED
U.S. DISTRICT COURT

2009 FEB 11  P 1: 21

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | **INDICTMENT** |
|---|---|---|
| Plaintiff, | : | VIO. 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm |
| vs. | : | |
| MICHAEL RICHARD BAY, | | |
| Defendant. | | Case: 2:09-cr-00083<br>Assigned To : Stewart, Ted<br>Assign. Date : 2/10/2009<br>Description: USA v. |

The Grand Jury Charges:

### COUNT 1

On or about January 22, 2009, in the Central Division of the District of Utah,

MICHAEL RICHARD BAY,

Defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Ruger Model P89 handgun; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

As a result of the offense in Count 1, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to the firearm listed in Count 1.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

J. DREW YEATES
Assistant United States Attorney